FILED
NOV 2008

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

Title 15, United States Code, Section 1 (Price Fixing)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  See Attachment

E-Filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S ───

LG DISPLAY CO. LTD. and
LG DISPLAY AMERICA, INC.

VRW

DISTRICT COURT NUMBER

CR 08    0803

─── DEFENDANT ───

## IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

## IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
☐ Federal ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes  If "Yes" give date filed
been filed? ☐ No

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  NIALL E. LYNCH
ASSISTANT CHIEF, USDOJ,
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Joseph P. Russoniello

ANTITRUST DIVISION

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:        Before Judge:

Comments:

## PENALTY SHEET

Company: LG DISPLAY CO., LTD. and
          LG DISPLAY AMERICA, INC.

Maximum Penalties: (For Each Count):

1.    A fine in an amount equal to the largest of:

      A.    $100 Million.

      B.    Twice the gross pecuniary gain derived from the crime.

      C.    Twice the gross pecuniary loss caused to the victims of the crime.

2.    A term probation of at least one year but not more than five years.

3.    $400 special assessment.

4.    Restitution.

*FILED*

*NOV 1 2 2008*

1  NÌALL E. LYNCH (State Bar No. 157959)
2  MICHAEL L. SCOTT (State Bar No. 165452)
   HEATHER S. TEWKSBURY (State Bar No. 222202)
   ALEXANDRA J. SHEPARD (State Bar No. 205143)
3  DAVID J. WARD (State Bar No. 239504)
   Antitrust Division
4  U.S. Department of Justice
   450 Golden Gate Avenue
5  Box 36046, Room 10-0101
   San Francisco, CA 94102
6  Telephone: (415) 436-6660          E-Filing

7  Attorneys for the United States

8                   UNITED STATES DISTRICT COURT
                                                          **VRW**
9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION            **0803**

11 UNITED STATES OF AMERICA          )  Case No. CR
                                     )
12                                   )     **INFORMATION**
                                     )
13        v.                         )  VIOLATION:
                                     )  Title 15, United States Code,
14                                   )  Section 1 (Price Fixing)
                                     )
15 LG DISPLAY CO., LTD. and          )
   LG DISPLAY AMERICA, INC.,         )  San Francisco Venue
16                                   )
           Defendants.               )
17                                   )
                                     )
18

19     The United States of America, acting through its attorneys, charges:

20                                  I.

21                    DESCRIPTION OF THE OFFENSE

22     1.    LG DISPLAY CO., LTD. and LG DISPLAY AMERICA, INC. are made

23 defendants on the charge stated below.

24     2.    From on or about September 21, 2001 to on or about June 1, 2006, the defendants

25 and their coconspirators entered into and engaged in a combination and conspiracy in the United

26 States and elsewhere to suppress and eliminate competition by fixing the prices of thin-film

27 transistor liquid crystal display panels ("TFT-LCD"). The combination and conspiracy engaged

28 in by the defendants and their coconspirators was in unreasonable restraint of interstate and

INFORMATION - LG DISPLAY CO., ET AL - PAGE 1

1  foreign trade and commerce in violation of Section 1 of the Sherman Act (15 U.S.C. § 1).

2      3.      The charged combination and conspiracy consisted of a continuing agreement,

3  understanding, and concert of action among the defendants and their coconspirators, the

4  substantial terms of which were to agree to fix the prices of TFT-LCD.

5      4.      For the purpose of forming and carrying out the charged combination and

6  conspiracy, the defendants and their coconspirators did those things that they combined and

7  conspired to do, including, among other things:

8           (a)     participating in meetings, conversations, and communications in Taiwan,

9                   Korea, and the United States to discuss the prices of TFT-LCD;

10          (b)     agreeing, during those meetings, conversations, and communications, to

11                  charge prices of TFT-LCD at certain predetermined levels;

12          (c)     issuing price quotations in accordance with the agreements reached; and

13          (d)     exchanging information on sales of TFT-LCD, for the purpose of

14                  monitoring and enforcing adherence to the agreed-upon prices.

15                                          II.

16                      DEFENDANTS AND COCONSPIRATORS

17      5.      LG DISPLAY CO., LTD. is a corporation organized and existing under the laws

18  of the Republic of Korea ("Korea").  During the period covered by this Information, LG.Philips

19  LCD Co., Ltd., a joint venture between LG Electronics and Philips Electronics, and a corporation

20  organized and existing under the laws of Korea, engaged in the business of producing and selling

21  TFT-LCD to customers in the United States and elsewhere.  Effective March 4, 2008, LG.Philips

22  LCD Co., Ltd. changed its name to LG DISPLAY CO., LTD.

23      6.      LG DISPLAY AMERICA, INC. is a corporation organized and existing under the

24  laws of the State of California.  During the period covered by this Information, LG.Philips LCD

25  America, Inc. engaged in the business of selling TFT-LCD to customers in the United States.

26  Effective March 6, 2008, LG.Philips LCD America, Inc. changed its name to LG DISPLAY

27  AMERICA, INC.  LG DISPLAY AMERICA, INC. is a wholly owned subsidiary of LG

28  DISPLAY CO., LTD.

INFORMATION - LG DISPLAY CO., ET AL - PAGE 2

1    ·    7.    Various corporations and individuals, not made defendants in this Information,

2    participated as coconspirators in the offense charged in this Information and performed acts and

3    made statements in furtherance of it.

4    8.    Whenever in this Information reference is made to any act, deed, or transaction of

5    any corporation, the allegation means that the corporation engaged in the act, deed, or transaction

6    by or through its officers, directors, employees, agents, or other representatives while they were

7    actively engaged in the management, direction, control, or transaction of its business or affairs.

8                                              III.

9                                    TRADE AND COMMERCE

10    9.    TFT-LCD are glass panels composed of an array of tiny pixels that are

11    electronically manipulated in order to display images. TFT-LCD are manufactured in a broad

12    range of sizes and specifications for use in televisions, notebook computers, desktop monitors,

13    mobile devices, and other applications.

14    10.    During the period covered by this Information, the defendants and their

15    coconspirators sold and distributed TFT-LCD in a continuous and uninterrupted flow of

16    interstate and foreign trade and commerce to customers located in states or countries other than

17    the states or countries in which the defendants and their coconspirators produced TFT-LCD.

18    11.    The business activities of the defendants and their coconspirators that are the

19    subject of this Information were within the flow of, and substantially affected, interstate and

20    foreign trade and commerce.

21                                              IV.

22                                    JURISDICTION AND VENUE

23    12.    The combination and conspiracy charged in this Information was carried out, in

24    part, in the Northern District of California, within the five years preceding the filing of this

25    Information.

26    / / /

27    / / /

28    / / /

INFORMATION - LG DISPLAY CO., ET AL - PAGE 3

1    ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

2

3    _____

Thomas O. Barnett                 Phillip H. Warren

4    Assistant Attorney General        Chief, San Francisco Office

5

6    _____

Scott D. Hammond                Niall E. Lynch

7    Deputy Assistant Attorney General    Assistant Chief, San Francisco Field Office

8

9    _____

Marc Siegel                     Michael L. Scott

10   Director of Criminal Enforcement    Heather S. Tewksbury

                                       Alexandra J. Shepard

11   United States Department of Justice    David J. Ward

    Antitrust Division                   Attorneys

12

                                       U.S. Department of Justice

13                                     Antitrust Division

                                       450 Golden Gate Avenue

14                                     Box 36046, Room 10-0101

                                       San Francisco, CA 94102

15   _____         (415) 436-6660

    Joseph P. Russoniello  *strictly*  *for JPR*

    United States Attorney

16   Northern District of California

17

18

19

20

21

22

23

24

25

26

27

28

    INFORMATION - LG DISPLAY CO., LTD. - PAGE 4